■ In the Matter of the Estate of CHARLES ROSENBAUM, Deceased. JOSEPH ROSENBAUM, Appellant; ELSIE ROSENBAUM, as Administratrix of the Estate of

CHARLES ROSENBAUM, Deceased, Respondent.— Order and decree unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ. [27 Misc 2d 492.]